## 2698.  DURHAM v. WHITTIER MILLS CO.

RUSSELL, J.  The court properly sustained the special demurrers, but erred in dismissing the petition.  The allegations were sufficient to withstand the general demurrer.  The case alleged by the petition is that of a servant injured because his fellow laborers, in response to a direct command of the master, then and there given to do the particular thing which they did, overturned a heavy machine and threw the entire weight on him, thus injuring him.  The thing thus directed was negligent, and the plaintiff had no reasonable opportunity to protect himself from the result of the negligence, as the order was suddenly given and immediately obeyed.  The petition sets out a cause of action, as the master, under the circumstances, would be liable, either on the theory that the negligent order was the sole juridic cause of the injury, or on the theory that the negligence of the master concurred with the negligence of the servants who executed it, if, indeed, their execution of the order in the exact manner in which they were directed to perform it can be considered as negligence at all.  Where a servant is injured by the concurrent negligence of the master and of fellow servants, the master may be held liable.                                              *Judgment reversed.*

DECIDED FEBRUARY 22, 1911.

Action for damages; from city court of Atlanta—Judge Reid. April 23, 1910.

*Mozley & Moss,* for plaintiff.

*Maddox & Doyal, Moore & Pomeroy,* for defendant.

---

## 2704.  SOUTHERN RAILWAY CO. v. EDWARDS.

RUSSELL, J.  The evidence offered by the defendant railroad company to rebut the legal presumption of negligence was itself contradicted, and the jury were authorized to infer from the facts in the case that the killing of the mule might have been avoided by the exercise of ordinary diligence.                                              *Judgment affirmed.*

DECIDED FEBRUARY 22, 1911.

Action for damages; from city court of Floyd county—Judge Hamilton.  May 18, 1910.

*George A. H. Harris & Son, Maddox, McCamy & Shumate,* for plaintiff in error.

*M. B. Eubanks, W. B. Mebane,* contra.